IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HUI MĀLAMA I KOHOLĀ, ET AL., | ) CIVIL NO. 03-00633 SPK/BMK |
| Plaintiffs, | ) |
| v. | ) |
| NATIONAL MARINE FISHERIES SERVICE, ET AL., | ) |
| Defendants, | ) |
| and | ) |
| HAWAII LONGLINE ASSOCIATION, | ) |
| Intervenor. | ) |

ORDER VACATING ORDER OF APRIL 13, 2004, AND
DISMISSING ACTION

On April 13, 2004, this Court entered an order denying Plaintiffs' Motion for Summary Judgment and Granting Defendants' and Intervenor's Motions for Summary Judgment. The matter was then appealed by Plaintiffs. While on appeal, the case became moot, and the Ninth Circuit remanded the matter in a memorandum disposition of November 22, 2005, with instructions to vacate the district court's order and dismiss the case.

Accordingly, pursuant to the January 17, 2006, Judgment of the Ninth Circuit Court of Appeals (filed in this Court on January 20, 2006), the Order of April 13, 2004, is VACATED and the case is DISMISSED.

IT IS SO ORDERED.

DATED: January 24, 2006.



_____
Samuel P. King
Senior United States District Judge

HUI MĀLAMA I KOHOLĀ, ET AL., v. NATIONAL MARINE FISHERIES SERVICE, ET AL.,Civ. No. 03-00633SPK/BMK, ORDER VACATING ORDER OF APRIL 13, 2004, AND DISMISSING ACTION