AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HUI MALAMA I KOHOLA, et al. | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00633SPK-BMK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| NATIONAL MARINE FISHERIES SERVICES, et al. | January 26, 2006 At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the January 17, 2006, Judgment of the Ninth Circuit Court of Appeals (filed in this Court on January 20, 2006), the Order of April 13, 2004, is VACATED and the case is DISMISSED pursuant to the "Order Vacating Order of April13, 2004, and Dismissing Action" issued by Judge Samuel P. King on January 24, 2006.

| | |
|---|---|
| January 26, 2006 | SUE BEITIA |
| Date | Clerk |
| | */s/ Bernadette Aurio* |
| | (By) Deputy Clerk |